UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ANTHONY VOSS, JR., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI,[1] <br> Acting Commissioner of Social Security, <br><br> Defendant. | Civil Action No. 1:20-cv-00971-GTS-ATB |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).  On remand, the Appeals Council will further remand the case to an administrative law judge with instructions to offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record as necessary, and issue a new decision.  The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | John Anthony Voss, Jr., |
| By Her Attorneys: | By His Attorney: |

Antoinette T. Bacon,
Acting United States Attorney

*/s/ Timothy S. Bolen*  
Timothy S. Bolen  
Special Assistant United States Attorney  
N.D.N.Y. Bar Roll No. 700988  
Social Security Administration  
Office of the General Counsel  
J.F.K. Federal Building, Room 625  
Boston, MA 02203  
(617) 565-2367  
timothy.bolen@ssa.gov

*/s/ Howard D. Olinsky*[2]  
Howard D. Olinsky, Esq.  
Bar Roll Number 102297  
Olinsky Law Group  
250 S. Clinton St., Suite 210  
Syracuse, NY 13202  
(315) 701-5780  
holinsky@windisability.com

IT IS SO ORDERED:

Hon. Glenn T. Suddaby  
Chief U.S. District Judge

Dated: 9/20/2021  
Syracuse, NY

---

[2] Signed by Timothy Bolen with Howard Olinsky's permission.

2