UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ANTHONY VOSS, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil Action No. 1:20-cv-00971-GTS-ATB |

**Consent Order for Payment of Fees under the Equal Access to Justice Act**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of five thousand, seven hundred dollars and zero cents ($5,700.00).

The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not to her attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

AND, the Court having reviewed the record in this matter;

IT IS on this __4th__ day of ___January___, 2022;

ORDERED that Plaintiff be awarded fees under EAJA in the amount of $5,700.00, and that the fees are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

ORDERED that the within matter is dismissed with prejudice.

Hon. Glenn T. Suddaby
Chief U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: January 4, 2022

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | John Anthony Voss, Jr., |
| By Her Attorneys: | By His Attorney: |

CARLA B. FREEDMAN,
United States Attorney

/s/ Timothy S. Bolen                              /s/ Howard D. Olinsky[1]
Timothy S. Bolen                                   Howard D. Olinsky, Esq.
Special Assistant United States Attorney           Bar Roll Number 102297
N.D.N.Y. Bar Roll No. 700988                       Olinsky Law Group
Social Security Administration                     250 S. Clinton St., Suite 210
Office of the General Counsel                      Syracuse, NY 13202
J.F.K. Federal Building, Room 625                  (315) 701-5780
Boston, MA 02203                                   holinsky@windisability.com
(617) 565-2367
timothy.bolen@ssa.gov

---

[1] Signed by Timothy Bolen with Howard Olinsky's permission.